PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: In-Suk Joo  
Cr.: 11-00691-001  
PACTS #: 59182

Name of Sentencing Judicial Officer:   THE HONORABLE KATHARINE S. HAYDEN  
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/16/2012

Original Offense: 18:371; CONSPIRACY TO DEFRAUD THE UNITED STATES

Original Sentence: 60 months' probation

Special Conditions: Special Assessment, Restitution, Community Service, Location Monitoring Program, No New Debt/Credit

Type of Supervision: Probation           Date Supervision Commenced: 04/16/2012

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | Although the offender has been making payments, her case is due to expire with an outstanding financial obligation.

U.S. Probation Officer Action:

The undersigned officer respectfully recommends that the offender's case be allowed to expire on April 15, 2017, as scheduled. She is aware of the fact that she must continue to make payments and her compliance will be monitored by the Financial Litigation Unit.

Respectfully submitted,  
*Erika M. Arnone*  
By: Erika M. Arnone  
    U.S. Probation Officer  
Date: 09/30/2016

Prob 12A – page 2
In-Suk Joo

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☒ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

10/3/16
Date